

165 Bishops Way, Suite 100
Brookfield, Wisconsin 53005
Phone: (262) 790-5719
Fax: (262) 790-5721
jpetermanlegalgroup.com
Illinois • Indiana • Wisconsin

February 20, 2016

Honorable G. Michael Halfenger
United States Bankruptcy Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: Peter W. Olsen and Jane F. Olsen       CASE NO: 12-21695-MDM-13

Dear Honorable G. Michael Halfenger:

On December 31, 2015, the Court entered an Order Granting Relief From the Automatic Stay and Abandonment to CitiMortgage, Inc.

CitiMortgage, Inc. is advising the Court that it is hereby withdrawing Proof of claim No. 17 and 18 which are currently on file with the Court.

Sincerely,

/S/ _____
Shannon K. Cummings

cc:     Attorney Anton B. Nickolai
        Trustee Mary B. Grossman

J Peterman Legal Group Ltd. is the creditor's attorney and is attempting to collect a debt on its client's behalf, and any information obtained will be used for that purpose.